155 A.3d 439

**HARNEY**

v.

**MD. PAROLE COMMISSION**

**Pet. Docket No. 516, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1953, Sept. Term, 2014).

Petition for writ of certiorari denied

■

155 A.3d 439

**HAYES, Shea Douglas**

v.

**STATE of Maryland**

**Pet. Docket No. 491, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2080, Sept. Term, 2015).

Petition for writ of certiorari denied